■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN J. VERGARA, Appellant. [658 NYS2d 999] —Appeal by the defendant from two judgments of the County Court, Westchester County (LaCava, J.), both rendered March 10, 1995, convicting him of burglary in the second degree under Indictment No. 94-00690 and burglary in the second degree under Indictment No. 94-01057, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The defendant, with the advice of competent counsel, knowingly, intelligently, and voluntarily entered pleas of guilty, and may not collaterally attack those pleas through a double jeopardy challenge which is not evident on the face of the indictments *(see, United States v Broce,* 488 US 563, 574; *People v Allen,* 86 NY2d 599, 603-604).

The defendant's remaining contention is without merit *(see,* Penal Law § 70.08). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY WILLIAMS, Appellant. [658 NYS2d 989] —Appeal by the defendant from (1) a judgment of the County Court, Orange County (Byrne, J.), rendered February 8, 1996, convicting him of criminal sale of a controlled substance in the third degree under Indictment No. 95-00469, upon his plea of guilty, and imposing sentence, and (2) an amended judgment of the same court, also rendered February 8, 1996, revoking a sentence of probation previously imposed by the same court, after a hearing, and imposing sentence upon his previous conviction of criminal possession of a controlled substance in the seventh degree under the Indictment No. 93-00257.

Ordered that the judgment and the amended judgment are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.